# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DAMIAN A. BLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:15-cv-02167-KOB-TMP |
| | ) |
| SHERIFF MATT GENTRY, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on January 30, 2018, recommending the defendants' motion for summary judgment be granted. (Doc. 69). Although the court advised the parties of their right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Accordingly, the court finds that the defendants' motion for summary judgment is due to be **GRANTED** because no genuine issues of material fact exist.

The court will enter a separate Final Judgment.

DONE and ORDERED this 5th day of March, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE